**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-02885-LTB-CBS

JILL DEWITTE,

       Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

       Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 9 - filed December 27, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   December 28, 2012